UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Peerless Insurance Company, et al

     v.                                 Case No. 08-cv-81-PB

NuTone LLC

## O R D E R

The Court has been advised that NuTone has filed for relief under the Bankruptcy Code; therefore, pursuant to 11 U.S.C. § 362, the case is automatically stayed at this time.  On request of a party in interest, the Bankruptcy Court may grant relief from this stay.

It is therefore ordered that the counsel for Petitioner in Bankruptcy shall file a status report on January 1 and July 1 of each year until the issues are resolved.  The Court should, of course, immediately be notified upon ultimate resolution of the issues.  Failure to respond will result in the referral of the action to a judicial officer for sanctions which may include imposition of fines.

By the Court,

/s/ Paul Barbadoro

October 28, 2009

Paul Barbadoro
District Judge

cc:    Counsel of Record