UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

_____

**Peerless Insurance Company a/s/o Bethany Commons, LLC;
et al.**

        *Plaintiffs*

  - *v.* -                                           **Docket No. 1:08-cv-81-PB**

**NuTone, Inc.,**

        *Defendant*

and

**USI-Ultra Services, Inc.,**

        *Consolidated Cross-Defendant*

_____


### STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice only against USI-Ultra Services, Inc. in Docket no. 1:09-cv-121, and the primary action against NuTone, Docket No. 1:08-cv-81-PB, still remain.

      The parties shall pay their own costs and attorneys' fees associated with this dismissal.

                            Respectfully submitted,

                            **Peerless Insurance Company a/s/o Bethany Commons, LLC; et al.**

                            By their Attorneys,

Dated: December 9, 2010        By:   /s/ Andrew D. Dunn
                                                Andrew D. Dunn, Esquire (NH Bar #696)
                                                Devine, Millimet & Branch, P.A.
                                                111 Amherst Street
                                                Manchester, NH 03105-0719
                                                (603) 669-1000
                                                ADunn@DevineMillimet.com

                                                Mary Ann Dempsey, Esquire
                                                Wiggin & Nourie, P.A.
                                                670 N Commercial St, Ste 305
                                                PO Box 808
                                                Manchester, NH 03105-0808
                                                (603) 669-2211
                                                mdempsey@wiggin-nourie.com

                                                and

                                                Virginia M. Markovich, Esquire
                                                CLAUSEN MILLER, P.C.
                                                One Chase Manhattan Plaza
                                                39th Floor
                                                New York, New York 10005
                                                (212) 805-3900
                                                vmarkovich@clausen.com

                            **NuTone, Inc.**

                            By its Attorneys,

Dated: December 13, 2010      By:   /s/ Christopher A. Duggan
                                                Christopher A. Duggan, Esquire
                                                (MA Bar #544150)
                                                Smith & Duggan, LLP
                                                55 Old Bedford Road
                                                Lincoln, MA 01773-1125
                                                (617) 228-4400
                                                chris.duggan@smithduggan.com

        and

        Karyn Forbes, Esquire
        (NH Bar No. 834)
        Shaheen & Gordon, P.A.
        107 Storrs Street
        P.O. Box 2703
        Concord, NH 03302-2703
        (603) 225-7262
        kforbes@shaheengordon.com

**USI-Ultra Services, Inc.**

By its Attorneys,

Dated: December 9, 2010    By: __/s/ Frank W. Beckstein, III_____
        Frank W. Beckstein, III, Esquire
        (NH Bar No. 15458)
        99 Middle Street
        Manchester, NH 03101
        (603) 647-1800
        fbeckstein@nkms.com

SO ORDERED, this 15 day of __December____, 2010

        `/s/ Paul Barbadoro`
        Judge
        United States District Court

`cc: Counsel of Record`

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing will be sent to counsel of record this day via the Court's Electronic Case Filing system.

Dated: December 13, 2010        By:   /s/ Andrew D. Dunn
                                            Andrew D. Dunn, Esquire (NH Bar #696)
                                            ADunn@DevineMillimet.com

C:\USERS\REMARIANO\APPDATA\LOCAL\TEMP\WDGX\4300\OPEN\0002\STIPULATION OF DISMISSAL - USI (M1734386).DOC